RECEIVED
IN MONROE, LA

MAR 27 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| THOMAS EGNANKOU AMICHA | CIVIL ACTION NO. 05-1523-M |
| VS. | SECTION P |
| ALBERTO GONZALES, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's **petition** for writ of *habeas corpus* **be Dismissed as MOOT.**

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 27 day of March, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE